UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Adolfo Correa Coss aka Adolfo Coss § <br> aka Adolfo C. Correa (A018906917) § <br> *Petitioner* § <br> § <br> v. § <br> § <br> United States Department of Justice—Executive Office of § <br> U.S. Attorneys through Eric H. Holder, Jr., U.S. Attorney § <br> General § <br> *Defendant* § | Cause No. 1:14-cv-139 |

### FREEDOM OF INFORMATION ACT COMPLAINT

**I.   JURISDICTION**

1.   The U.S. District Court has jurisdiction to review the withholding of information under the FOIA pursuant to 28 U.S.C. § 1331, 5 U.S.C. § 552, and 5 U.S.C. § 701 *et seq*.

**II.   PARTIES**

*Plaintiff*

2.   Adolfo Correa Coss, a citizen of Mexico born on XX-XX-1940 is a former lawful permanent resident of the United States who resides in Michoacan, Mexico.

*Defendants*

3.   Eric H. Holder, Jr. is the Attorney General of the United States he has authority over the Agencies the United States Department of Justice—Executive Office for Immigration Attorneys and he is being sued in his official capacity only;

**III.   CLAIMS**

4.   Adolfo Correa Coss is a former lawful permanent resident who claims to have been wrongfully convicted of a drug trafficking crime, *State of Illinois v. Adolfo Coss*, 89 CR 16050

(Cir. Cook County 1991);

5. He learned the name of the alleged confidential informant (CI) against him who is currently incarcerated for his role in the international drug trade from Columbia to Chicago, IL and to Florida[1]

6. The record in the CI case indicates that the CI kept transaction records in notebooks, *US v. Salazar, et al.,* 89-CR-00531(ND IL 1992), *affirmed*, *U.S. v Nava-Salazar a/k/a*, 30 F.3d 788 (7th Cir. 1994)[2].

7. On July 17, 2013 the Plaintiff, has sought to obtain a copy of the identified record redacted to show only his name and no one else's information, the request was perfected on August 6, 2013 and again on August 16, 2013—the request was sent to two separate offices within the US Department of Justice both of which the US Attorney General heads: The Federal Bureau of Investigation (FBI)(acknowledgment July 30) and the U.S. Attorney's Office-Chicago (USAO) (acknowledgment July 31), which directed plaintiff to the Executive Office for US Attorneys(EOUSA) to which the perfected requests were sent;

8. The request was denied by the EOUSA for an alleged failure to identify a compelling public interest on September 13, 2013; the FBI case was consolidated with the request to the EOUSA by their office;

9. The denial by the EOUSA was appealed to the Office of Information Policy within the USDOJ on September 14, 2013;

10. In December 2013 the plaintiff filed an action to compel the agency to produce the documents alleging in part that "The CI has not responded to interrogatories, he will be released and removed from the US in February 2014, it is necessary that plaintiff obtains the record prior

---

[1] See sealed exhibit.
[2] See sealed exhibit.

to the CI's release; the Plaintiff seeks FOIA relief through this Court.", *Hernandez et al. v. U.S.*, 1:13-cv-250 (S.D. TX *pending*)(plaintiff voluntarily withdrew his claim after the Magistrate questioned appropriateness of joinder);

11. On April 30, 2014 a notice of closure of the FOIA case was received for allegedly failing to respond to a December 31, 2013 notice of fee due;

12. The denial was immediately appealed with a payment of the fee;

13. Notice dated May 23, 2014 was received that the case was assigned a new number and was awaiting processing;

14. Another notice was received dated May 30, 2014 assigning another number;

15. The FOIA numbers associated with this case are FOIA-2014-02413; FOIA-2014-02336; 2013-3583 (ORACL-2014-02017); 2013-3003; and FBI FOIPA No. 1221635-000;

16. The Agency cannot justify exceeding the response times set by the FOIA;

17. The continued withholding of the information is injuring the Plaintiff and is inconsistent with the purpose and intent of the FOIA.

Respectfully submitted,

/s/ Marlene A. Dougherty
*Attorney for Plaintiffs*
CT413716 Fed. Id. 38142

Law Office of Marlene A. Dougherty
314 E. 8th Street
Brownsville, TX 78520
mdimmigrationatty@sbcglobal.net
(956)542-7108
(956)542-7109 fax

## IV.     PRAYER FOR RELIEF

1.      The Plaintiff requests an ORDER by this court to release the requested information pursuant to the FOIA; or to ORDER the viewing of the notebooks *in camera* as it is believed that the lack of his name therein is exculpatory; and,

2.      an ORDER by the Court for the payment of Costs and Attorney fees pursuant to 5 U.S.C. § 504 and/or § 552 and/or 28 U.S.C. § 2412.

/s/ Marlene A. Dougherty

_____

Marlene A. Dougherty
*Attorney for Petitioner*
CT413716 Fed. Id 38142

Law Office of Marlene A. Dougherty
314 E. 8th Street
Brownsville, TX 78520
(956)542-7108 fax (956)542-7109
mdimmigrationatty@sbcglobal.net