EXHIBIT A



**PERMANENT RESIDENT CARD**
CORREA COSS, ADOLFO

IR1   M

Mexico
CARD EXPIRES 01/16/1*
09/24/69

```
C1USA0189069178LIN0104953090<<
4003076M1101166MEX<<<<<<<<<<6
CORREA<COSS<<ADOLFO<<<<<<<<<<<
```



The person identified by this card is authorized to work and reside in the U.S.

**PERMANENT RESIDENT CARD**

U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

UNITED STATES GOVERNMENT  Date: 7/ / /

NOTIFICATION OF DEPARTURE-BOND CASE                     Place: Chicago, Illinois

To: DHS-ICE Deportation Branch

    10 W. Jackson Blvd., Room 553

    Chicago, IL 60604                                                                           File No. ███████17

From: _____

_____

    The following information relating to the named individual is furnished for use in connection with possible cancellation.

Name of alien: Adolfo CORREA-Coss    Date of birth: ███████    Place of Birth: Mexico

Date and place of entry: 09/24/69 Laredo, Texas

**Self Deport**

Date and place where bond posted    11/30/95 Chicago, IL

Date, place and manner of departure    7-31-05    Chicago    United

Above departure date taken from _____

REMARKS: (If departure beyond date to which admitted, extended, or V/D granted, indicate any explanation offered for delayed departure.)

_____

_____

_____

Departure port complete to this point only.

                                                        Name & (Title)

To:

From:
                                                        **District Office**
                                                        **U.S. Department of Homeland Security**

It is recommended that bond exacted in connection with the above-described entry be ☐ cancelled ☐ breached.    c/o American Embassy
                                                        Paseo de la Reforma #305, Col Cuauhtemoc
                                                        México, D.F. C.P. 06500

                                                        (*Immigrant Inspector*)



Date of Action: 0701/05                                  IT CHICAGO
FOD: D. Achim
District: Chicago

Form I-392 (Rev. 3-17-70)

                                                                                                     2.