EXHIBIT B

Regarding the <u>informant</u> in the your case, we identified this party as Guillermo Casas. This subject was clear in Cook County, however we did locate a federal case where subject was sentenced to prison in Pekin, IL. We further confirmed that subject is <u>currently incarcerated</u> in Pekin, identified by inmate numbers, <u>00842-424</u>. His release date is set as February 10th, the year 2014. We have discussed with you the possibility of interviewing this subject at the prison, once you have retained legal consul.

**COMMENTS:** This completes our investigation at present. When you are ready to proceed with interviews, we would most happy to assist you on an immediate basis. We trust that this information meets with your satisfaction.

Very truly yours,

Peggy Shapiro
V.P./Special Investigations

Home   Site Map   Contact Us


**Federal Bureau of Prisons**
An agency of the U.S. Department of Justice

Website [Go]

| About | Inmate Locator | Prison Facilities | Careers | Inmate Matters | Policy/Forms | Doing Business | News/Information |

**Inmate Locator**
- About the Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

Related Documents

**Inmate Locator** - Locate Federal inmates from 1982 to present

| **Name** | **Register #** | **Age-Race-Sex** | **Release Date** Actual or Projected | **Location** |
|---|---|---|---|---|
| 1. GUILLERMO CASAS | 00842-424 | 73-White-M | 02-10-2014 | BUTNER LOW FCI |

Results 1 - 1 of 1

New Search    FAQs    Privacy

| About | Inmate Locator | Prison Facilities | Careers | Inmate Matters | Policy/Forms | Doing Business | News/Information |

Accessibility | Browser Requirements | Disclaimer | DOJ Legal Policies | FOIA | No FEAR Act | Privacy Policy

http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&needingMoreL...   5/15/2013

A-Z Topics   Site Map   FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present.

Find By Number | Find By Name

Type of Number: BOP Register Number
Number: 00842-424
[Search]

Result using number **00842-424**

Clear Form



### GUILLERMO CASAS

Register Number: 00842-424

Age: 75
Race: White
Sex: Male

Released On: 09/12/2014

**Related Links**

Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

**About Us**
About Our Agency
About Our Facilities
Historical Information
Statistics

**Inmates**
Find an Inmate
Communications
Custody & Care
Visiting
Voice a Concern

**Locations**
List of our Facilities
Map of our Locations
Search for a Facility

**Jobs**
Life at the BOP
Explore Opportunities
Current Openings
Our Hiring Process

**Business**
Acquisitions
Solicitations & Awards
Reentry Contracting

**Resources**
Policy & Forms
News Articles
Publications
Research & Reports

**Resources For ...**
Victims & Witnesses
Employees
Ex-Offenders
Media Reps

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government