EXHIBIT D

# Law Office of Marlene A. Dougherty

mdimmigrationaty@sbcglobal.net

314 E. 8th Street, Brownsville, Texas 78520      (956) 542-7108    Fax (956) 542 7109

---

Marlene A. Dougherty, J.D.
Admitted: United States Supreme Court
           Connecticut Supreme Court
U.S. District Court for the Districts of
Connecticut and Southern Texas
U.S. Court of Appeals 5th & 11th Circuits
not admitted Supreme Court of Texas
Practice limited to **Immigration Matters**


Federal Bureau of Investigation
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4483


Via Fax: (540) 868-4391/4997            2 pages                   July 17, 2013


Dear FOIA Agent,

I represent Adolfo Correa Coss who was arrested by Chicago Police Department after the execution of search warrants on May 8, 1989. He was deported in 2004 as a result. He has always maintained his innocence. The confidential informant in the case allegedly purchased cocaine from him at three different times on that day from three different locations—his home, his car, and his pizza place (he was employed in a factory job at the time and was present at work). He believes that he was set up by one of the police officers who had allegedly threatened to get him.

The confidential informant was under investigation by the DEA and is currently serving time in Butner Low FCI North Carolina—Guillermo Casas Register #00842-424 release date 02/10/2014. He was initially before the grand jury in 1987 which was temporarily suppressed by the court. That information along with information contained in the decision in his appeal makes it apparent that at the time he was actively being investigated for his role in a cocaine trafficking conspiracy from Columbia through Mexico to Florida, *U.S. v. Nava-Salazar, et. al*, 30 F. 3d 788 ¶¶ 56-60, 90-93 (7th Cir. 1994). Chicago police were also later arrested for corruption for their involvement in a drug trafficking ring trafficking cocaine to Florida.

I realize that it was over 20 years ago, however, I am interested in obtaining a copy of the transactions notebook seized from Casas, as well as any information that might have been shared by your office with the Chicago Police or Cook County District Attorney's Office in *State v. Correa Coss*, 89-CR-16050, exculpatory or other.

I am willing to pay a reasonable duplication fee for this request.

Thank you for your attention to this matter.

Sincerely,

Marlene A. Dougherty

2



**Federal Bureau of Investigation**
*Washington, D.C. 20535*

July 30, 2013

MS. MARLENE A. DOUGHERTY
LAW OFFICE OF MARLENE A. DOUGHERTY
314 EAST 8TH STREET
BROWNSVILLE, TX 78520

FOIPA Request No.: 1221635-000
Subject: COSS, ADOLFO CORREA
(TRANSACTIONS NOTEBOOK AND
SHARED INFORMATION)

Dear Ms. Dougherty:

This acknowledges receipt of your Freedom of Information/Privacy Act (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request.

You have requested records concerning one or more third party individuals. Because you have requested information about a third party and the FBI recognizes an important privacy interest in that information, to help us process your request we ask that you provide one of the following: (1) an authorization and consent from the individual(s) (*i.e.*, express authorization and consent of the third party); (2) proof of death (*i.e.*, proof that your subject is deceased); or (3) a justification that the public interest in disclosure outweighs personal privacy (*i.e.*, a clear demonstration that the public interest in disclosure outweighs personal privacy interests). In the absence of such information, the FBI can neither confirm nor deny the existence of any records responsive to your request, which, if they were to exist, would be exempt from disclosure pursuant to FOIA Exemptions (b)(6) and (b)(7)(C), 5 U.S.C. §§ 552 (b)(6) and (b)(7)(C).

Express authorization and consent. If you seek disclosure of any existing records on this basis, enclosed is a Certification of Identity form. You may make additional copies of this form if you are requesting information on more than one individual. The subject of your request should complete this form and then sign it. Alternatively, the subject may prepare a document containing the required descriptive data and have it notarized. The original certification of identity or notarized authorization with the descriptive information must contain a legible, original signature before FBI can conduct an accurate search of our records.

Proof of death. If you seek disclosure of any existing records on this basis, proof of death can be a copy of a death certificate, Social Security Death Index, obituary, or another recognized reference source. Death is presumed if the birth date of the subject is more than 100 years ago.

Public Interest Disclosure. If you seek disclosure of any existing records on this basis, you must demonstrate that the public interest in disclosure outweighs personal privacy interests. In this regard, you must show that the public interest sought is a significant one, and that the requested information is likely to advance that interest.

Fax your request to the Work Process Unit at (540) 868-4997, or mail to 170 Marcel Drive, Winchester, VA 22602. If we do not receive a response from you within 30 days from the date of this letter, your request will be closed. You must include the FOIPA request number with any communication regarding this matter.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. § 552(c). As such, this response is limited to those records, if any exist, that are subject to the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received by OIP within sixty (60) days from the date of this letter in order to be considered timely. The envelope and the letter should be clearly marked "Freedom of Information Appeal." Please cite the FOIPA Request Number in any correspondence to us for proper identification of your request.

3

Enclosed for your information is a copy of the FBI Fact Sheet and a copy of the Explanation of Exemptions.

Sincerely,

[signature]

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Records Management Division

Enclosure(s)

4

7010 2780 0002 3429 0818

# Law Office of Marlene A. Dougherty

mdimmigrationaty@sbcglobal.net

314 E. 8th Street, Brownsville, Texas 78520    (956) 542-7108   Fax (956) 542 7109

*Hand to Heart and Soul & Walk the Road to Freedom with Friends of Many Nations*

Marlene A. Dougherty, J.D.
Admitted: United States Supreme Court
       Connecticut Supreme Court
U.S. District Court for the Districts of
Connecticut and Southern Texas
U.S. Court of Appeals 5th & 11th Circuits
not admitted Supreme Court of Texas
Practice limited to **Immigration Matters**

United States Attorney's Office/FOIA
Northern District of Illinois, Eastern Division
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

July 17, 2013

Dear FOIA Agent,

I represent Adolfo Correa Coss who was arrested by Chicago Police Department after the execution of search warrants on May 8, 1989. He was deported in 2004 as a result. He has always maintained his innocence. The confidential informant in the case allegedly purchased cocaine from him at three different times on that day from three different locations—his home, his car, and his pizza place (he was employed in a factory job at the time and was present at work). He believes that he was set up by one of the police officers who had allegedly threatened to get him.

The confidential informant was under investigation by the DEA and is currently serving time in Butner Low FCI North Carolina—Guillermo Casas, Register #00842-424 release date 02/10/2014. He was initially before the grand jury in 1987 which was temporarily suppressed by the court. That information along with information contained in the decision in his appeal makes it apparent that at the time he was actively being investigated for his role in a cocaine trafficking conspiracy from Columbia through Mexico to Florida, *U.S. v. Nava-Salazar, et. al*, 30 F. 3d 788 ¶¶ 56-60, 90-93 (7th Cir. 1994). Chicago police were also later arrested for corruption for their involvement in a drug trafficking ring trafficking cocaine to Florida.

5

I realize that it was over 20 years ago, however, I am interested in obtaining a copy of the transactions notebook seized from Casas, as well as any information that might have been shared by your office with the Chicago Police or Cook County District Attorney's Office in *State v. Correa Coss*, 89-CR-16050, exculpatory or other.

I am willing to pay a reasonable duplication fee for this request.

Thank you for your attention to this matter.

Sincerely,

Marlene A. Dougherty



U.S. Department of Justice

United States Attorney
Northern District of Illinois

---

Everett McKinley Dirksen Building  (312) 353-5300
219 S. Dearborn St., 5th Floor
Chicago, IL 60604

July 31, 2013

Law Office of Marlene A. Dougherty
314 E. 8th Street
Brownsville, Texas 78520

Dear Ms. Dougherty:

    This letter is to acknowledge receipt of your correspondence by this office on July 23, 2013. It is recommended that you contact the FOIA/Privacy Staff, Executive Office for United States Attorneys, 600 E. Street, N.W. (BICN Room 7300), Department of Justice, Washington, DC 20530-0001. The telephone number is (202) 252-6020.
    A FOIA request should sufficiently describe the specific records sought, so as to enable our staff to conduct a search for the requested records with a reasonable amount of effort (e.g. specific case files, etc.). Likewise - to minimize processing delays and fees - please specify which particular USAO or EOUSA office you are inquiring about. While certain administrative records are maintained by EOUSA, case files are not centralized in Washington, and local USAOs maintain copies of certain court and case materials. All requests for case records should thus identify a case name, judicial district, filing date/location, and/ or specific USAO(s) where responsive records may exist.

Very truly yours,

GARY S. SHAPIRO
United States Attorney

By: *Robert F. Tighe*
Robert F. Tighe
Paralegal Specialist

7

# Law Office of Marlene A. Dougherty

mdimmigrationaty@sbcglobal.net

314 E. 8th Street, Brownsville, Texas 78520      (956) 542-7108   Fax (956) 542 7109

*Hand to Heart and Soul & Walk the Road to Freedom with Friends of Many Nations*

Marlene A. Dougherty, J.D.
Admitted: United States Supreme Court
           Connecticut Supreme Court

U.S. District Court for the Districts of

Connecticut and Southern Texas
U.S. Court of Appeals 5th & 11th Circuits
not admitted Supreme Court of Texas
Practice limited to **Immigration Matters**

August 6, 2013

U.S. Department of Justice
Federal Bureau of Investigation
Record Information Dissemination Section
170 Marcel Dr.
Winchester, VA 22602

U.S. Department of Justice
FOIA/Privacy Staff
Executive Office for United States Attorneys
600 E. Street, N.W., BICN Room 7300
Washington, DC 20530-0001

Via Facsimile to: (540) 868-4997 and (202) 252-6047         *10 PY*

**Re: Freedom of information Act (FOIA) Request (FBI FOIPA Request No.:1221635-000)**

Dear FOIA Officer:

The Law Office of Marlene A. Dougherty, represents Adolfo Correa Coss, I submit this letter as a request for information under the Freedom of information Act (FOIA), 5 U.S.C. § 552, et seq.

**Request for Information**

Specifically, I seek a copy of the: "drug records" seized from Casas' house." More specifically I am requesting a copy of the "notebook, which contained names, telephone numbers, and records



of drug transactions." The item is identified in Casas' appeal, *U.S. v. Nava-Salazar et. al.* 30 F.3d 788 (7th Cir. 1994).

Please include any other information you may have relating to Mr. Adolfo Correa Coss (not records check) in this case. He may be entered in the telephone book as he purchased the Monticello Pizza place from Casas' brother and the 3 brothers would occasionally visit him there.

All requested records that are responsive may be provided with personally identifying information, other than that pertaining to Mr. Adolfo Correa Coss redacted.

Thank you for your consideration of this request. If this request is denied in whole or in part, the requestors ask that the government justify all redactions by reference to the specific exemptions of FOIA. We expect the government to release segregable portions of otherwise exempt material. We reserve the right to appeal a decision to withhold any information.

If you have any questions about this request you may contact me at (956)542-7108 or mdimmigrationatty@sbcglobal.net.

Thank you in advance for your cooperation and timely consideration of this request.

Sincerely,

Marlene A. Dougherty

Enclosures:
    Original FOIA requests
    Response from USAO
    Affidavit of identity & Id.
    Page from *Nava-Salazar*

9

U.S Department of Justice     **Certification of Identity** 

FORM APPROVED OMB NO. 1103-0016
EXPIRES 10/31/13

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1] __Adolfo Correa Coss__

Citizenship Status [2] __Ex-Resident__    Social Security Number [3] __███ 63__

Current Address ███████████████ __México__

Date of Birth ███████    Place of Birth ███████ __México__

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] __Adolfo Correa Coss__    Date __7 / Agosto / 2013__

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

**Print or Type Name**

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

/10




11

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/09/2013 15:42
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : L0J569722
```

```
DATE,TIME              08/09  15:40
FAX NO./NAME           15408684997
DURATION               00:02:05
PAGE(S)                10
RESULT                 OK
MODE                   FINE
                       ECM
```

12

TRANSMISSION VERIFICATION REPORT

```
TIME    : 08/09/2013 15:46
NAME    :
FAX     :
TEL     :
SER.#   : L0J569722
```

```
DATE,TIME              08/09  15:44
FAX NO./NAME           12022526047
DURATION               00:02:17
PAGE(S)                10
RESULT                 OK
MODE                   FINE
                       ECM
```

13

# Law Office of Marlene A. Dougherty

mdimmigrationaty@sbcglobal.net

314 E. 8th Street, Brownsville, Texas 78520    (956) 542-7108    Fax (956) 542 7109

*Hand to Heart and Soul & Walk the Road to Freedom with Friends of Many Nations*

Marlene A. Dougherty, J.D.
Admitted: United States Supreme Court
Connecticut Supreme Court

U.S. District Court for the Districts of

Connecticut and Southern Texas
U.S. Court of Appeals 5th & 11th Circuits
not admitted Supreme Court of Texas
Practice limited to **Immigration Matters**

August 16, 2013

U.S. Department of Justice
Federal Bureau of Investigation
Record Information Dissemination Section
170 Marcel Dr.
Winchester, VA 22602

U.S. Department of Justice
FOIA/Privacy Staff
Executive Office for United States Attorneys
600 E. Street, N.W., BICN Room 7300
Washington, DC 20530-0001

Via Facsimile to: (540) 868-4997 and (202) 252-6047

**Re: Freedom of information Act (FOIA) Request (FBI FOIPA Request No.:1221635-000)**

Dear FOIA Officer:

In response to your withholding of information:

All requested records that are responsive may be provided with personally identifying information, other than that pertaining to Mr. Adolfo Correa Coss redacted, therefore, third party authorization should not be required.

The record was seized over 20 years ago pursuant to a search and/or arrest warrant as evidence. Mr. Correa Coss was the subject of a State drug trafficking proceeding in which he maintained

14

his innocence. The person from whom the transaction book was seized was the confidential informant in Mr. Correa Coss' case. The Detective stated that Casas had purchased cocaine from Correa Coss for his personal use on three separate occasions, but all on the same date within a very constricted time period. Because Mr. Casas was actually a drug trafficker it is even more suspect that he would have made the alleged purchases. If Mr. Correa Coss was indeed a drug trafficker and Mr. Casas was a supplier, it would stand to reason that Mr. Correa Coss' name would be listed for several transactions. Our belief is that his name does not appear and that it is exculpatory evidence that should have been presented to the jury in Mr. Correa Coss' case.

**Our system of justice must be a fair and equitable one. The public interest in ensuring that no innocent person is convicted of a crime far outweighs any privacy interest in withholding the information.**

I request that you please send a redacted version of the document. Thank you for your consideration of this request.

If this request is denied in whole or in part, the requestors ask that the government justify all redactions by reference to the specific exemptions of FOIA. We expect the government to release segregable portions of otherwise exempt material. We reserve the right to appeal a decision to withhold any information.

If you have any questions about this request you may contact me at (956)542-7108 or mdimmigrationatty@sbcglobal.net.

Thank you in advance for your cooperation and timely consideration of this request.

Sincerely,

Marlene A. Dougherty

15

TRANSMISSION VERIFICATION REPORT

```
TIME   : 08/16/2013 14:45
NAME   :
FAX    :
TEL    :
SER.# : L0J569722
```

```
DATE,TIME              08/16  14:44
FAX NO./NAME           15408684997
DURATION               00:00:36
PAGE(S)                02
RESULT                 OK
MODE                   FINE
                       ECM
```

16

TRANSMISSION VERIFICATION REPORT

```
                                          TIME   : 08/16/2013 14:46
                                          NAME   :
                                          FAX    :
                                          TEL    :
                                          SER.#  : L0J569722
```

```
DATE,TIME                    08/16  14:46
FAX NO./NAME                 12022526047
DURATION                     00:00:32
PAGE(S)                      02
RESULT                       OK
MODE                         FINE
                             ECM
```

17